**FILED**
07/24/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Michael L Mcdonald SR

v.

(Full name of defendant(s))

Nurse Sherrie Patton

Case Number:

1:23-cv-01297-SEB-KMB

(to be supplied by clerk of court)

A. **PARTIES**

1. Plaintiff is a citizen of **INDiana**, and is located at
   (State)
   
   **801 Jackson St Salem IN, 47167**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Sherrie Patton**,
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __801 Jackson St Salem IN, 47167__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Quality Correctional Care__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Nurse Sherrie Patton Practitionier Megan, Doctor K, Dew

When i first reported the Knot by my Spine I put an Email Nurse Sherrie seen me at the Door, Set up a visit with Practitionier Megan, and she Prescribed Antibiotics, for Ten days at a time for three solid months, each time trying different types of Antibiotics After that the Infection Moved three to four

Complaint - 2

Inches to the left, another Knot Came up and busted and Draining Fluids. After that i was Scheduled to see Dr. ___ the Dr saw me Said their was one more Antibiotic He could try Before i was sent out to see another doctor After those Antibiotis didnt work Nurse Sherrie, Practitionier Megan at that time i told them what the doctor Said, Did not send me at to see another Dr after 3 more months of mixed Antibiotics Not Working, Nurse Sherrie Schedueld another visit with Dr. ___ at that time Dr looked at it and said the knot was still there, by the spine, the Knot to the left was a drain Knot. He Said i Should have been Sent out 3 months Prior to this after the last antibiotic He prescribed Didnt Work at this time i had 15 days left and Would be Sent to Lawrence Co, the Records would be Sent to them. I have been in extreme pain Last 8 months With only Ibuprofen

Complaint - 3

Also when i went to the doctor in Scott Co to have Blood Work Done by Dr Cook my family physician at that time i was given Medication for my Crohyn's Disease, severe depression, non narcotic pain reliever they were filled, given to the guard Nash. I was denied those meds for over five months by megan practitioner, Nurse sherry after i seen them on the last visit He said he was shown the medication, had no idea why i was denied them, and started giving me the meds

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to Recieve Compensation for the Pain and Suffering, I would like Company Policy to change So that this Dont Happen to Someone in the Future

E.  **JURY DEMAND**

☒ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 04 day of April 2023.

Respectfully Submitted,

_Michael L McDonald Sr_
Signature of Plaintiff

9012195
Plaintiff's Prisoner ID Number

1316 Jackson Park Place.
Seymour IN, 47274
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Michael L McDonald Sr_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5

## FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.