UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL L MCDONALD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01297-SEB-KMB ) |
| SHERRIE PATTON, | ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. The action is **dismissed without prejudice** for failure to prosecute.

Date:   11/2/2023

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

MICHAEL L MCDONALD
9012195
1316 Jackson Park Place
Seymour, IN 47274